NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

### IN RE FREEDOM SCIENTIFIC, INC.

---

2012-1145
(Reexamination No. 90/010,473)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

### JUDGMENT

---

AARON W. MOORE, Foley & Lardner LLP, of Boston, Massachusetts, argued for appellant. With him on the brief was MATTHEW B. LOWRIE.

WILLIAM LAMARCA, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for the appellee. With him on the brief were RAYMOND T. CHEN, Solicitor, and KRISTI R. SAWERT, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, DYK, and PROST, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 15, 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk